IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. No. 5:22-CV-00171-BO

| | |
|---|---|
| LATONYA S. QUICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. | |

Upon consideration of the Commissioner's unopposed motion to appear by video or telephone conference, which is currently scheduled for June 21, 2023, at 10:00 AM, it is hereby ORDERED that the motion is GRANTED.

_____
TERRANCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE

1