IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-00171-BO

| | | |
|---|---|---|
| LATONYA QUICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER FOR PAYMENT OF |
| | ) | ATTORNEY FEES UNDER THE |
| KILOLO KIJAKAZI, | ) | EQUAL ACCESS TO JUSTICE ACT |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to

Plaintiff $4,550.00 in attorney's fees, in full satisfaction of any and all claims arising under the

Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the

Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Derrick

K. Arrowood, and mailed to his office at P.O. Box 58129, Raleigh, NC 27658, in accordance

with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the

Equal Access to Justice Act.

SO ORDERED this ___31___ day of October, 2023

_Terrence Boyle_
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE